IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMAD A. HASHMI | § § § | |
| Plaintiff, | § § | Civil Action No. H-06-1738 |
| v. | § § | |
| GAIL WILSON et. al. | § § | |
| Defendants. | | |

### MEMORANDUM AND ORDER

Since 1998, Plaintiff has been involved in extensive litigation with certain of the Defendants. Each time Plaintiff makes a new filing Plaintiff adds more parties. In this suit, Plaintiff names as Defendants seventy different individuals or organizations including the mayor of Houston, the Houston Police Department, the Harris County District Attorney's Office, and various Harris County judges.

Almost all of Plaintiff's allegations in his complaint relate to periods of time for which legal claims are precluded by the statute of limitations. Other claims are barred because Plaintiff already litigated them, or the allegations on which these are based, in state court.

Plaintiff's Second Amended Complaint is, therefore, **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall not make any further filings in the United States District Court for the Southern District of Texas without express written permission from the undersigned. All other motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this 25th day of June 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE