UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOHAMMAD A. HASHMI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-1738 |
| § | |
| GAIL WILSON et al., § | |
| § | |
| Defendants. § | |

### MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's Motion to Reinstate (Doc. No. 59). For the reasons set forth in this Court's Memorandum and Order of June 25, 2007 (Doc. No. 57), Plaintiff's motion is **DENIED**. Once again, Plaintiff is **ORDERED** not to make any further filings in the United States District Court for the Southern District of Texas without express written permission from the undersigned.

**IT IS SO ORDERED**.

**SIGNED** this 30th day of July, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT